IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCHESCA JOHNSON and WANDA DROUILLARD,

    Plaintiffs,

  v.

CVS PHARMACY, INC., a Rhode Island corporation, CVS RX SERVICES, INC., a New York corporation, and DOES 1 through X, inclusive,

    Defendants.

No. C 10-03232 WHA

**ORDER MOVING CASE MANAGEMENT CONFERENCE**

The case management conference, currently set for October 28, 2010, at 11:00 a.m., is hereby **MOVED** to **OCTOBER 27, 2010, AT 11:00 A.M.** due to defense counsel's unavailability.

**IT IS SO ORDERED.**

Dated: September 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE