WILLIAM J. FLYNN (STATE BAR NO. 095371)
EILEEN M. BISSEN (STATE BAR NO. 245821)
ebissen@neyhartlaw.com
NEYHART, ANDERSON, FLYNN & GROSBOLL, APC
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone:    (415) 677-9440
Facsimile:    (415) 677-9445

Attorney for Plaintiffs
FRANCHESCA JOHNSON AND WANDA DROUILLARD

TIMOTHY J. LONG (STATE BAR NO. 137591)
tjlong@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, California  90017
Telephone:    (213) 629-2020
Facsimile:    (213) 612-2499

MICHAEL D. WEIL (STATE BAR NO. 209056)
mweil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendants
CVS PHARMACY, INC. AND CVS RX SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCHESCA JOHNSON and WANDA DROUILLARD,<br><br>        Plaintiffs,<br><br>    v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; and DOES I through X, inclusive,<br><br>        Defendants. | CASE NO.  10-CV-03232 WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO COMPLETE MEDIATION**<br><br>[ADR LOCAL RULE 6-5] |

1

This Stipulation is entered into by Plaintiffs Franchesca Johnson and Wanda Drouillard (collectively "Plaintiffs") and Defendants CVS Pharmacy, Inc. and CVS RX Services, Inc. (collectively "Defendants").

WHEREAS, on October 27, 2010, this Court entered an Order referring this case to mediation, and the deadline for completing that mediation was set for January 25, 2011;

WHEREAS, on November 5, 2010, the ADR unit appointed Patricia J. Kenney as mediator;

WHEREAS, on November 23, 2010, counsel for Plaintiffs and Defendants had a teleconference with Patricia J. Kenney to discuss scheduling of the mediation in this case;

WHEREAS, Plaintiffs and Defendants were unable to schedule a mediation prior to the January 25, 2011 deadline, but did tentatively schedule a mediation for February 1, 2011, subject to this Court's approval;

WHEREAS, due to scheduling conflicts, Plaintiffs and Defendants agree that they need an additional 30 days to schedule and complete mediation;

NOW, THEREFORE, Plaintiffs and Defendants desire and hereby stipulate that Plaintiffs and Defendants shall have until, and including, February 24, 2011 to complete mediation.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: December 3, 2010 | WILLIAM FLYNN |
| 2 | | EILEEN BISSEN |
| | | NEYHART, ANDERSON, FLYNN & |
| 3 | | GROSBALL, APC |

/S/
EILEEN BISSEN
Attorneys for Plaintiffs

Dated: December 3, 2010

TIMOTHY J. LONG
MICHAEL D. WEIL
Orrick, Herrington & Sutcliffe LLP

/S/
MICHAEL D. WEIL
Attorneys for Defendants

I hereby attest that the concurrence in the filing of this document has been obtained from Michael D. Weil, Attorney for Defendants.

/s/ Eileen M. Bissen
Eileen M. Bissen

3

## [PROPOSED] ORDER

Having reviewed the stipulation of Franchesca Johnson and Wanda Drouillard (collectively "Plaintiffs") and Defendants CVS Pharmacy, Inc. and CVS RX Services, Inc. (collectively "Defendants"), and good cause appearing,

**IT IS HEREBY ORDERED THAT** Plaintiffs and Defendants shall have until, and including, February 24, 2011 to complete mediation.

Dated: December 6, 2010.

_____
Honorable William Alsup
DISTRICT COURT JUDGE