William J. Flynn, State Bar No. 95371
Eileen M. Bissen, State Bar No. 245821
Chloe Quail, State Bar No. 262797
Neyhart Anderson Flynn & Grosboll
369 Pine Street, Suite 800
San Francisco, CA 94104-3323
Tel. (415) 677-9440
Fax (415) 677-9445

**Attorneys for Plaintiffs**

Michael D. Weil, State Bar No. 209056
Orrick Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel. (415) 773-5700
Fax ( 415) 773-5759

**Attorneys for Defendants**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCHESCA JOHNSON and WANDA DROUILLARD,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; and DOES I through X, inclusive,<br><br>Defendants. | Case No. 10-CV-03232 WHA<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE; [PROPOSED] ORDER**<br><br>Judge: Hon. William H. Alsup<br>Date: September 29, 2011<br>Time: 2:00 p.m.<br>Courtroom: 9; 19TH Floor |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs FRANCHESCA JOHNSON and WANDA DROUILLARD (the "Plaintiffs") and Defendants CVS PHARMACY, INC. and CVS RX SERVICES, INC. ("Defendants") (collectively, the "Parties") as follows:

**TERMS OF STIPULATION**

1. Due to the unavailability of Plaintiffs' counsel, the Parties stipulate and request that this Court continue the hearing on Defendant's Motion to Strike and Motion for Summary Judgment, both of which are currently noticed for hearing at 2:00 p.m. on September 29, 2011, to October 6, 2011.

Respectfully submitted,

Dated: 9/18/2011     Neyhart Anderson Flynn & Grosboll

By: /s/ Eileen M. Bissen
Eileen M. Bissen
Attorneys for Plaintiffs

Dated: 9/16/2011     Orrick Herrington & Sutcliffe LLP

By: /s/ Michael D. Weil
Michael D. Weil
Attorneys for Defendants

92460

[~~PROPOSED~~] ORDER

The above-stated Stipulation is incorporated herein in its entirety and made an order of this Court. The hearing on Defendants' Motion to Strike and Motion for Summary Judgment shall be continued to October  6 , 2011 at  8 a.m. .

Dated:  September 26, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE