WILLIAM J. FLYNN (STATE BAR NO. 95371)
EILEEN M. BISSEN (STATE BAR NO. 245821)
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104-3323
Telephone:      (415) 677-9440
Facsimile:       (415) 677-9445

Attorneys for Plaintiffs
FRANCHESCA JOHNSON AND WANDA DROUILLARD

TIMOTHY J. LONG (STATE BAR NO. 137591)
MICHAEL D. WEIL (STATE BAR NO. 209056)
mweil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      (415) 773-5700
Facsimile:       (415) 773-5759

Attorneys for Defendants
CVS PHARMACY, INC. AND CVS RX SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCHESCA JOHNSON and WANDA DROUILLARD,<br><br>                 Plaintiffs,<br><br>         v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; and DOES I through X, inclusive,<br><br>                 Defendants. | CASE NO.  10-CV-03232 WHA<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REFERRING CASE TO SETTLEMENT CONFERENCE**<br><br>Judge:      Hon. William Alsup |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **STIPULATION**

In the interest of trying to resolve this matter before trial, FRANCHESCA JOHNSON and WANDA DROUILLARD ("Plaintiffs") and CVS PHARMACY, INC., a Rhode Island corporation; and CVS RX SERVICES, INC., a New York corporation ("Defendants") (hereinafter referred to collectively as "the parties"), respectfully request a referral to a magistrate judge for purposes of a settlement conference. The parties hereby submit the following stipulation and, good cause appearing, move this Court to approve the Stipulation referring this case to settlement conference before a magistrate judge before trial.

1.   WHEREAS the parties participated in a mediation on or around February 1, 2011 with Patricia J. Kenney that proved unsuccessful;

2.   WHEREAS Judge Alsup's October 11, 2011 Order Granting In Part and Denying In Part Defendants' Motion for Summary Judgment disposed of some of Plaintiffs' claims while preserving others for trial;

3.   WHEREAS the trial in this case is set to begin on November 21, 2011;

4.   WHEREAS the parties are optimistic that a settlement conference before a magistrate judge may break the deadlock between the parties and result in settlement, thereby negating the need for a trial in this case;

5.   WHEREAS any settlement of this case prior to trial will serve the interest of judicial economy;

**THE PARTIES, THROUGH COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:**

This case shall be referred by this Court to a magistrate judge for purposes of settlement conference at the earliest possible date (except for October 21, 2011 on which date defense counsel has a hearing in San Jose on another matter).

1 | Dated: October 17, 2011

2 |

TIMOTHY J. LONG
MICHAEL D. WEIL
Orrick, Herrington & Sutcliffe LLP

3 |

4 |

/s/ Michael D. Weil
_____

5 |

MICHAEL D. WEIL
Attorneys for Defendants

6 |

7 |

WILLIAM J. FLYNN
EILEEN M. BISSEN
Neyhart, Anderson, Flynn & Grosboll

8 |

9 |

/s/ Eileen M. Bissen
_____

10 |

EILEEN M. BISSEN
Attorneys for Plaintiffs

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

3

1

2          I hereby attest that the concurrence in the filing of this document has been obtained from

Michael D. Weil, Attorney for Defendants.

3

4                                    /s/ Eileen M. Bissen
                                              Eileen M. Bissen
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND (PROPOSED)
ORDER REFERRING CASE TO SETTLEMENT CONFERENCE
CASE NO. 10-CV-03232 WHA

# [PROPOSED] ORDER

Pursuant to the parties' Stipulation above, this case is ordered to settlement conference before Magistrate Judge Ryu. The settlement conference shall take place on or before October 31, 2011.

Dated:  October 18, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED]
ORDER REFERRING CASE TO SETTLEMENT CONFERENCE
CASE NO. 10-CV-03232 WHA