| | |
|---|---|
| 1 | WILLIAM J. FLYNN (STATE BAR NO. 95371) |
| | EILEEN M. BISSEN (STATE BAR NO. 245821) |
| 2 | NEYHART, ANDERSON, FLYNN & GROSBOLL |
| | 369 Pine Street, Suite 800 |
| 3 | San Francisco, CA 94104-3323 |
| | Telephone:   (415) 677-9440 |
| 4 | Facsimile:    (415) 677-9445 |
| 5 | Attorneys for Plaintiffs |
| | FRANCHESCA JOHNSON AND WANDA DROUILLARD |
| 6 | |
| 7 | TIMOTHY J. LONG (STATE BAR NO. 137591) |
| | MICHAEL D. WEIL (STATE BAR NO. 209056) |
| 8 | mweil@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | The Orrick Building |
| | 405 Howard Street |
| 10 | San Francisco, CA  94105-2669 |
| | Telephone:    (415) 773-5700 |
| 11 | Facsimile:     (415) 773-5759 |
| 12 | Attorneys for Defendants |
| | CVS PHARMACY, INC. AND CVS RX SERVICES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCHESCA JOHNSON and WANDA DROUILLARD, | CASE NO.  10-CV-03232 WHA |
| Plaintiffs, | **STIPULATION AND** ~~[PROPOSED]~~ **ORDER REFERRING CASE TO SETTLEMENT CONFERENCE** |
| v. | Judge:    Hon. William Alsup |
| CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; and DOES I through X, inclusive, | |
| Defendants. | |

## STIPULATION

In the interest of trying to resolve this matter before trial, FRANCHESCA JOHNSON and WANDA DROUILLARD ("Plaintiffs") and CVS PHARMACY, INC., a Rhode Island corporation; and CVS RX SERVICES, INC., a New York corporation ("Defendants") (hereinafter referred to collectively as "the parties"), respectfully request a referral to a magistrate judge for purposes of a settlement conference. The parties hereby submit the following stipulation and, good cause appearing, move this Court to approve the Stipulation referring this case to settlement conference before a magistrate judge before trial.

1. WHEREAS the parties participated in a mediation on or around February 1, 2011 with Patricia J. Kenney that proved unsuccessful;

2. WHEREAS Judge Alsup's October 11, 2011 Order Granting In Part and Denying In Part Defendants' Motion for Summary Judgment disposed of some of Plaintiffs' claims while preserving others for trial;

3. WHEREAS the trial in this case is set to begin on November 21, 2011;

4. WHEREAS the parties are optimistic that a settlement conference before a magistrate judge may break the deadlock between the parties and result in settlement, thereby negating the need for a trial in this case;

5. WHEREAS any settlement of this case prior to trial will serve the interest of judicial economy;

**THE PARTIES, THROUGH COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:**

This case shall be referred by this Court to a magistrate judge for purposes of settlement conference at the earliest possible date (except for October 21, 2011 on which date defense counsel has a hearing in San Jose on another matter).

| | | |
|---|---|---|
| 1 | Dated: October 17, 2011 | TIMOTHY J. LONG<br>MICHAEL D. WEIL |
| 2 | | Orrick, Herrington & Sutcliffe LLP |

/s/ Michael D. Weil

MICHAEL D. WEIL
Attorneys for Defendants

WILLIAM J. FLYNN
EILEEN M. BISSEN
Neyhart, Anderson, Flynn & Grosboll

/s/ Eileen M. Bissen

EILEEN M. BISSEN
Attorneys for Plaintiffs

I hereby attest that the concurrence in the filing of this document has been obtained from Michael D. Weil, Attorney for Defendants.

/s/ Eileen M. Bissen
Eileen M. Bissen

[~~PROPOSED~~] ORDER

Pursuant to the parties' Stipulation above, this case is ordered to settlement conference before Magistrate Judge Ryu. The settlement conference shall take place on or before October 31, 2011.

Dated: October 18, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE