United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCHESCA JOHNSON, ET AL, | No. C-10-3232-WHA (DMR) |
| Plaintiffs, | **ORDER RE SEALED TRANSCRIPT** |
| v. | |
| CVS PHARMACY, INC., ET AL, | |
| Defendants. | |

On October 31, 2011, the undersigned held a settlement conference in the above matter, and a confidential agreement was placed on the record following that day's conference. The undersigned hereby ORDERS that any transcript of that proceeding be filed and maintained under seal.

However, the court reporters are directed to provide counsel for any party in this matter with a transcript of that day's proceedings upon their request and without further order.

IT IS SO ORDERED.

Dated: November 1, 2011

DONNA M. RYU
United States Magistrate Judge