IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCHESCA JOHNSON and WANDA DROUILLARD,

Plaintiffs,

v.

CVS PHARMACY, INC., a Rhode Island corporation, CVS RX SERVICES, INC., a New York corporation, and DOES I through X, inclusive,

Defendants.

No. C 10-03232 WHA

**ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL**

The Court is in receipt of the notice of settlement from the parties. The notice states that the parties reached a settlement in this matter during the October 31, 2011, settlement conference before Magistrate Judge Ryu, and entered into a stipulated agreement on the record. The parties request a continuance of the pretrial conference set for November 14, 2011, and the trial set for November 21, 2011, to allow the parties time to finalize the settlement.

The pretrial conference will be continued to **DECEMBER 5, 2011, AT 2:30 P.M.** A trial date will be set at the pretrial conference. No further continuances will be granted.

**IT IS SO ORDERED.**

Dated: November 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE