WILLIAM J. FLYNN (STATE BAR NO. 095371)
EILEEN M. BISSEN (STATE BAR NO. 245821)
ebissen@neyhartlaw.com
NEYHART, ANDERSON, FLYNN & GROSBOLL, APC
369 Pine Street, Suite 800
San Francisco, CA 94104-6702
Telephone: (415) 677-9440
Facsimile: (415) 677-9445

Attorneys for Plaintiffs

FRANCHESCA JOHNSON AND WANDA DROUILLARD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCHESCA JOHNSON and WANDA DROUILLARD,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation,<br><br>Defendants. | Case No. 10-CV-03232 WHA<br><br>**PLAINTIFFS' REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[FRCP 41(a)(2)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) plaintiffs FRANCHESCA JOHNSON and WANDA DROUILLARD (hereafter "Plaintiffs") hereby request that this Court dismiss the above-referenced action with prejudice, as it has been resolved to Plaintiffs' and defendants CVS PHARMACY, INC. and CVS RX SERVICES, INC. ("Defendants")'s mutual satisfaction.

Dated: November 29, 2011

Respectfully submitted,
NEYHART, ANDERSON,
FLYNN & GROSBOLL

By: _____
Eileen M. Bissen
Attorneys for Plaintiffs

## [PROPOSED] ORDER

For good cause as contained in the Request for Dismissal with Prejudice, the Court hereby orders that all claims against Defendants are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 30, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE