1  WILLIAM J. FLYNN (STATE BAR NO. 095371)
   EILEEN M. BISSEN (STATE BAR NO. 245821)
2  ebissen@neyhartlaw.com
   NEYHART, ANDERSON, FLYNN & GROSBOLL, APC
3  369 Pine Street, Suite 800
   San Francisco, CA 94104-6702
4  Telephone:    (415) 677-9440
   Facsimile:    (415) 677-9445
5
   Attorneys for Plaintiffs
6
   FRANCHESCA JOHNSON AND WANDA DROUILLARD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCHESCA JOHNSON and WANDA DROUILLARD,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation,<br><br>Defendants. | Case No.   10-CV-03232 WHA<br><br>**PLAINTIFFS' REQUEST FOR DISMISSAL WITH PREJUDICE;** ~~[PROPOSED]~~ **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[FRCP 41(a)(2)] |

-0-

REQUEST FOR DISMISSAL WITH PREJUDICE; ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE
Case No. 10-CV-03232 WHA

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

Pursuant to Federal Rule of Civil Procedure 41(a)(2) plaintiffs FRANCHESCA JOHNSON and WANDA DROUILLARD (hereafter "Plaintiffs") hereby request that this Court dismiss the above-referenced action with prejudice, as it has been resolved to Plaintiffs' and defendants CVS PHARMACY, INC. and CVS RX SERVICES, INC. ("Defendants")'s mutual satisfaction.

Dated: November 29, 2011

    Respectfully submitted,
    NEYHART, ANDERSON,
    FLYNN & GROSBOLL

    By: _____
        Eileen M. Bissen
        Attorneys for Plaintiffs

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-1-

REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Case No. 10-CV-03232 WHA

## [PROPOSED] ORDER

For good cause as contained in the Request for Dismissal with Prejudice, the Court hereby orders that all claims against Defendants are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 30, 2011.



_____
William Alsup
UNITED STATES DISTRICT JUDGE